**Motion Granted; Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed November 2, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-21-00021-CV

## IN RE JLG INDUSTRIES, INC., OSHKOSH CORPORATION, AND SUNBELT RENTALS, INC., Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 94538-CV**

## MEMORANDUM OPINION

On January 11, 2021, relators JLG Industries, Inc., Oshkosh Corporation, and Sunbelt Rentals, Inc., filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. On October 19, 2021, relators filed a motion to dismiss their petition. *See* Tex. R. App. P. 42.1. The motion is unopposed. Accordingly, we grant relators' motion to dismiss.

We dismiss relators' petition for writ of mandamus.


PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Poissant.